CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA. - FILED

DEC 2 3 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| The commercial retail property located at | ) | Criminal No. 7O9m391 |
| 3832 Shenandoah Avenue, NW | ) | |
| Roanoke, Virginia | ) | **SEALED** |

## ORDER

It is hereby ORDERED that the Application for Search Warrant, the Affidavit in support, and the Search Warrant in the above-captioned matter shall remain under seal for 30 days from the date of this order or until an indictment is returned, whichever occurs sooner.

ENTERED this 23rd day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE